

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00470-CV

Robert B. Martinez
v.
Emilia Castillo Martinez

On Appeal from the
150th District Court of Bexar County, Texas
Trial Court Cause No. 2021CI03825

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

February 2, 2023